UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
JONATHAN EZEQUIEL QUINTANILLA SERPAS,    :
                                                          :
                                    Petitioner,           :        26-CV-03141 (JAV)
                                                          :
            -v-                                           :        MEMORANDUM
LADEON FRANCIS, et al.,                            :        OPINION AND ORDER
                                                          :
                                    Respondents.          :
                                                          :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

Petitioner filed a Petition for the writ of habeas corpus under 28 U.S.C. §

2241. ECF No. 1 ("Petition" or "Pet.").  The Court ordered that Petitioner not be

removed from the country nor transferred beyond a facility in this District, the

Eastern District of New York, or the District of New Jersey.  ECF No. 4 ("Order").

The Court also directed Respondents to file a letter setting forth, in relevant part,

whether Petitioner was, as alleged, detained in this District at the time the Petition

was filed; if the government's asserted basis for Petitioner's detention is 8 U.S.C. §

1225(b)(2)(A), whether there is any basis to distinguish this case from *Mcdonald v.*

*Francis et al.*, No. 25-CV-09355 (JAV), 2025 WL 3295906 (S.D.N.Y. Nov. 26, 2025);

and if this case is materially indistinguishable from *Mcdonald*, whether

Respondents would consent to issuance of the writ, subject to preservation of

Respondents' arguments for appeal.  Order at 2.

Respondents filed the requested letter today, confirming Petitioner was detained in this District at the time of filing and that the instant case is not materially distinguishable from *Mcdonald*.  ECF No. 7 ("Ltr."), at 1.

The primary legal issue presented here concerns the statutory authority for the petitioner's detention, whether it is 8 U.S.C. § 1226(a), as petitioner argues, or 8 U.S.C. § 1225(b)(2)(A), as ICE argues.  *Id.* at 2.  Petitioner is a citizen of El Salvador who has resided in the United States since 2016, when he was 13 years old.  Pet. at 6.  Petitioner was processed as an unaccompanied minor through the Office of Refugee Resettlement, and then released to the custody of his aunt.  *Id.*  For the reasons previously set forth in *Mcdonald*, the Court holds that Section 1225(b)(2)(A) does not govern, and that Respondents violated Petitioner's due process rights in exercising its discretionary authority to detain Petitioner under Section 1226(a). Accordingly, the Petition is GRANTED.

The Court ORDERS Respondents to immediately release Petitioner from custody and to certify compliance with this order by 5:00 p.m. on April 21, 2026. Petitioner's release shall be without any physical or electronic monitoring device or restraint under the immigration laws of the United States, pending a final determination in his removal proceedings.  *See, e.g.*, *Chen v. Almodovar*, No. 26-CV-291 (GBD), 2026 WL 172883, at *4 (S.D.N.Y. Jan. 22, 2026); *M.K. v. Arteta*, No. 25-CV-9918 (LAK), 2025 WL 3720779, at *9 (S.D.N.Y. Dec. 23, 2025); *Barco Mercado v. Francis*, No. 25-CV-6582 (LAK), 2025 WL 3295903, at *13 (S.D.N.Y. Nov. 26, 2025).

The Clerk of Court is instructed to enter judgment in favor of Petitioner and to close this case.

SO ORDERED.

Dated: April 20, 2026
    New York, New York

                                 JEANNETTE A. VARGAS
                                 United States District Judge