**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JONATHAN EZEQUIEL QUINTANILLA
SERPAS

                  Petitioner,                  26 **CIVIL** 3141 (JAV)

      -against-                          **JUDGMENT**

LADEON FRANCIS, et al.,

                  Respondents.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated April 20, 2026, the Petition is

GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      April 21, 2026

                              **TAMMI M. HELLWIG**

                                  **Clerk of Court**

            **BY:**

                                **Deputy Clerk**